IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IDITASPORT ALASKA,  )
                      Plaintiff,  )
vs.  )
KATHARINA MERCHANT, et al.,  )   No. 3:18-cv-0068-HRH
                    Defendants.  )

SCHEDULING AND PLANNING ORDER

    I.    Meeting of Counsel

Based upon information available to the court through a scheduling and planning conference report[1] completed by the parties pursuant to Rules 16 and 26(f), Federal Rules of Civil Procedure, Local Civil Rule 16.1, the parties' planning meeting, and the scheduling and planning conference with the court conducted July 12, 2018, this order for the pretrial development of the case is entered pursuant to Rule 16(b), Federal Rules of Civil Procedure.

    II.    Pre-Discovery Disclosures

The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

    A.    ___    Has been exchanged by the parties.

    B.    ✓    Shall be exchanged by the parties on or before **July 23, 2018**.

    C.    ✓    Preliminary witness lists:

        1.    ___    Have been exchanged by the parties.

---

[1] Docket No. 39.

2. ✓ Shall be exchanged by the parties on or before **July 23, 2018**.

Counsel for each party must contemporaneously prepare and maintain a written record of all disclosures and supplementation of disclosures or responses made to requests for discovery under Rule 26(a) and (e), Federal Rules of Civil Procedure.  Unless required in support of a motion or by order of the court, disclosures and supplemental disclosures are not to be filed with the court.

    III.    <u>Contested Issues of Fact and Law</u>

    A.    ✓    Nothing further is required.

    B.    ___    The parties have either failed to submit a preliminary statement of issues or have submitted an unsatisfactory preliminary statement of issues.  The parties shall meet, prepare, and file a satisfactory preliminary joint statement of issues on or before _____.

    IV.    <u>Discovery Plan</u>

Discovery shall be conducted in accordance with Rules 26 through 37 of the Federal Rules of Civil Procedure, Local Civil Rules 30.1, 32.1, and 37.1, and the discovery plan contained in the status report of the parties except as otherwise provided below.

    A.    ✓    Issues requiring discovery.

    1.    ✓    Nothing further is required.

    2.    ___    The parties have not submitted a statement of issues requiring discovery.  The parties shall meet, prepare, and file that statement on or before _____.

B. ✓ Preserving discovery information.

1. ✓ There is no indication that this will be an issue.

2. ___ *[Other]*

C. ✓ Discovery or disclosure of electronically stored information shall be handled as follows:

1. ✓ The parties may proceed as they have proposed.

2. ___ *[Other]*

D. Claims of privilege or protection of trial preparation materials shall be handled as follows:

1. ✓ There is no immediate issue.

2. ___ The parties have entered into a confidentiality agreement.

3. ___ The parties shall submit their proposed confidentiality agreement on or before _____.

E. Expert witnesses shall be identified by each party on or before **October 19, 2018**. Expert witness disclosures in accordance with Rule 26(a)(2) shall be made:

1. ✓ By all parties on or before **November 16, 2018**.

2. ___ By plaintiff(s) on or before _____.

3. ___ By defendant(s) on or before _____.

4. ✓ Rebuttal reports on or before **December 7, 2018**.

F. Disclosures and discovery responses shall be supplemented in accordance with Rule 26(e):

1. ___ At intervals of ____ days; and final supplementations shall be served 60 days before the close of fact discovery.

2. ✓ As new information is acquired, but not later than **60 days** before the close of discovery.

The disclosures required by Rule 26(a)(3), to the extent not covered by this order, will be addressed by the court in an Order for Pretrial Proceedings and Final Pretrial Conference, which the court will issue concurrent with setting this case for trial.

G. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, shall be served and filed not later than: **December 4, 2018**. Only those witnesses disclosed in a timely filed witness list will be permitted to testify at trial.

H. Discovery shall be scheduled so as to be completed by:

1. ✓ As to all fact discovery, on or before **January 18, 2019**.

2. ✓ As to all expert discovery, on or before **January 28, 2019**.

3. ___ As to all discovery, on or before _____.

If discovery is not completed by the date or dates above specified, counsel may, as provided by D. Ak. L.R. 16.1(c)(3)[A], stipulate to a single continuance of no more than two months for the completion of same, provided that any such stipulation shall state precisely what discovery remains and when it will be accomplished.[2] A discovery conference must be requested if more time is required to complete such discovery.

---

[2] Such a stipulation does not require court approval.

I. The following limitations on discovery are imposed:

1. ✓ The limitations set forth in Federal Rules of Civil Procedure 26(b), 30, and 33 apply, except as indicated below.

2. ___ The maximum number of depositions by each party shall not exceed _____.

   (a) ___ Depositions shall not exceed _____ hours as to any deponent.

   (b) ___ Depositions shall not exceed _____ hours as to non-party deponents.

   (c) ___ Depositions shall not exceed _____ hours as to party[3] deponents.

3. ___ The maximum number of interrogatories posed by each party shall not exceed _____.

4. ___ The maximum number of requests for admissions posed by each party shall not exceed _____.

5. ___ *[Other limitations:]*

V. <u>Pretrial Motions</u>

A. ✓ Preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation shall be served and filed not later than:

1. ✓ Not applicable.

---

[3]Unless otherwise specified, the court will consider corporate officer, Rule 30(b)(6) witness, and expert witness depositions to be subject to the time limitation applicable to party depositions.

Scheduling and Planning Order - 5 -

2. ___ *[Date:]*

B. ✓ Motions to amend, motions under the discovery rules, motions in limine, and dispositive motions:

1. ✓ shall be served and filed not later than the times specified by Local Rule 16.1(c)(6)-(8) and Rule 56(b), Federal Rules of Civil Procedure, except as indicated below.

2. ✓ Motions to amend pleadings or add parties shall be served and filed not later than **August 13, 2018**.

3. ✓ Motions under the discovery rules shall be served and filed not later than **January 18, 2019**.

4. ✓ Motions in limine, including motions as to qualification of experts and Daubert motions, shall be served and filed not later than **30 days** following the later of the date for the filing of dispositive motions or the date of the court's ruling on timely dispositive motions.

5. ✓ Dispositive motions shall be served and filed not later than **30 days** after the close of all discovery.

VI. Further Pretrial Proceedings

A. ✓ The parties requested a scheduling conference with the court, which was held July 12, 2018.

B. ✓ The parties have not consented to all further proceedings in this case being before a United States magistrate judge.

C.   ✓   With reference to the disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure:

    1.   ___   The parties are in compliance.

    2.   ✓   Compliance shall be accomplished on or before **August 1, 2018**.

D. The parties have considered and reported to the court as regards possible alternative dispute resolution procedures. The court urges that the parties endeavor to settle this case with the assistance of a mediator before further expenses are incurred.

E. The court will schedule a pretrial conference for purposes of considering matters set out in Rule 16(c)(2), Federal Rules of Civil Procedure, upon the request of the parties. The court will call upon the parties to certify the case ready for trial when the times specified for discovery and motion practice have expired. The court will issue an order governing final preparation for trial and scheduling a final pretrial conference when the case has been certified ready for trial.

F. In the event that the parties have completed discovery before the discovery close date set in this scheduling and planning order, and if no dispositive motions are then pending or are to be filed by a party, counsel may jointly file a certificate that the case is ready for trial as provided by Local Civil Rule 40.3. When the time allowed for discovery and motion practice has passed and all pending dispositive motions have been ruled upon, the court will call upon the parties to certify the case ready for trial.

VII. Trial

It is estimated that this case will require **4 days** for trial by **jury**. If requested, the right to a jury trial is not disputed.

DATED at Anchorage, Alaska, this  12th  day of July, 2018.

/s/ H. Russel Holland
United States District Judge